[No. 15398-6-I.   Division One.   May 26, 1987.]

ROBERT J. BRIDE, ET AL, *Appellants,* v. CASCADE SAVINGS
AND LOAN ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-02721-5, Frank D. Howard, J., entered
August 23, 1984. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Williams and Coleman, JJ.

[No. 9294-8-II.   Division Two.   May 28, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v.
LORETTA CAPSHAW, *Respondent.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 84-1-00089-6, Alan R. Hallowell, J.,
entered October 21, 1985. *Affirmed* by unpublished opinion
per Jones, J. Pro Tem., concurred in by Reser and Utter,
JJ. Pro Tem.

[No. 9956-0-II.   Division Two.   May 28, 1987.]

*In the Matter of* JOCELYNNE SMITH.

Appeal from a judgment of the Superior Court for Pierce
County, No. 151453, Paul M. Boyle, J. Pro Tem., entered
May 20, 1986. *Affirmed* by unpublished opinion per Kol-
baba, J. Pro Tem., concurred in by Kruse and Utter, JJ.
Pro Tem.